JOHN C. BUNDY, Respondent, *v.* HENRY J. NEWTON, Appellant.

(Argued May 3, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 7, 1892, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Circuit without a jury.

*E. H. Benn* for appellant.

*Frederick E. Crane* for respondent.

Agree to affirm · no opinion.
All concur.
Judgment affirmed.

GEORGE WING, Respondent, *v.* ANNIE L. BLISS, Appellant.

(Submitted May 4, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 1, 1889, which modified, and affirmed, as modified, an interlocutory judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Wm. C. Greene* for appellant.

*Spencer Clinton* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.